UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| U.S. XPRESS ENTERPRISES, INC. and U.S. XPRESS, INC., | ) ) ) | Case No. 1:22-cv-62 |
| *Plaintiffs*, | ) ) | Judge Atchley |
| v. | ) ) | Magistrate Judge Steger |
| CAMERON RAMSDELL, | ) ) | |
| *Defendant*. | ) | |

# JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action with prejudice pursuant to the parties Agreed Settlement Consent Order [Doc. 51],

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT